# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

Michael McAfee,
        Petitioner

V.

Garey Roden,
        Respondent

CIVIL ACTION

NO.  09-10935

### ORDER OF DISMISSAL
August 17, 2010

Gorton,  D. J.

In accordance with the Court's adoption of Report & Recommendation on   August 16. 2010  , it is hereby ORDERED that the above-entitled action be and hereby is dismissed.


Approved:

/s/ Nathaniel M. Gorton
**United States District Judge**

By the Court,

/s/ Craig J. Nicewicz
**Deputy Clerk**

(Dismendo.ord - 09/92)  [odism.]